# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Idia Michelle Piacentini-Rivera          Docket No. 7:11-MJ-1294-1

### Petition for Action on Probation

    COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Idia Michelle Piacentini-Rivera, who, upon an earlier plea of guilty to Larceny of Personal Property, 18 U.S.C. § 661, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on February 8, 2012, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall pay restitution in the amount of $800 during the course of supervision as instructed by the U.S. Probation officer.

2. The defendant shall pay a special assessment in the amount of $25 as directed.

    On February 17, 2012, the court modified the probationer's conditions to include both mental health and substance abuse conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    On July 19, 2012, the probationer was cited for Misdemeanor Larceny after she attempted to shoplift clothing and jewelry from a K-Mart in Durham, NC. The Case, #12CR 708165, is set to be adjudicated on October 1, 2012, in Durham County District Court, Durham, NC. Subsequent to the incident the probationer admitted the violation conduct to her officer and stated she had a problem. She enrolled and completed the Shoplifters Alternatives Course online and contacted her primary physician about treatment.

    The probationer has a lengthy history of mental health problems. The supervising probation officer is recommending she complete 24 hours of community service as a sanction for her behavior. She will continue to participate in mental health treatment and any future violations will be reported to the court. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

    **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

    The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Idia Michelle Piacentini-Rivera
Docket No. 7:11-MJ-1294-1
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: August 9, 2012

## ORDER OF COURT

Considered and ordered this  10  day of  April , 2012, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge